UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

_____

In Re:  Blanca N. Santiago                                           Case No.  DG 16-04194
                                                                                          Chapter 13 Bankruptcy Proceeding
                                                                                          Filed:  August 12, 2016

           Debtor.
_____/

**FIRST PRE-CONFIRMATION AMENDMENT TO CHAPTER 13 PLAN**

NOW COMES the Debtor, Blanca N. Santiago, who hereby amends her original Chapter 13 Plan as follows:

III. Disbursements, D. Executory Contracts:

**2. Other Executory Contracts:**  - The Debtor assumes the following executory contracts:

| Creditor and acct # | Property Description | Payment Amount | # of Months Remaining | Est. Pre-pet Arrears[1] | Trustee pay? Y/N |
|---|---|---|---|---|---|
| ~~Raquel Mauricio~~ | ~~Residential Lease- Roommate~~ | ~~$600.00~~ | ~~12~~ | ~~$0~~ | ~~N~~ |

In all other respects the Chapter 13 Bankruptcy Plan remains the same.

**VERIFICATION OF AMENDMENT**

The above named Debtor hereby verifies that the attached amendment is true and correct to the best of her knowledge.

                                                                        Attorneys for Debtor

Dated:  August 26, 2016                           By: /s/ Nicholas S. Laue
                                                                        Nicholas S. Laue (P79260)
                                                                        230 East Fulton Street
                                                                        Grand Rapids, MI 49503
                                                                        (616) 364-2100

Dated: August 23, 2016                            /s/ Blanca N. Santiago
                                                                        Blanca N. Santiago

---

[1] The arrears set forth above is an estimate only and the proof of claim shall control as to the total balance due, the monthly payment amount, the amount of the arrears and the number of months remaining unless a party in interest files an objection to the claim.